# UNITED STATES DISTRICT COURT
## District of Minnesota

Richard D. Sletten, Clerk

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

FILED
CLERKS OFFICE

2004 FEB 13  P 12: 22

DISTRICT COURT
DISTRICT OF MASS.

700 Federal Building
316 North Robert Street
St Paul, MN 55101
(651) 848-1100

417 Federal Building
515 West. First Street
Duluth, MN 55802
(218) 529-3500

February 10, 2004

Mr. Tony Anastas, Clerk
2300 John Joseph Moakley
U.S.Courthouse
One Courthouse Way
Boston, MA 02210-3002

In re: MDL-1431 -- In re Baycol Products Liability Litigation
YOUR CASE NUMBER: Coco Raynes v. Bayer Corp., 03-12364 RCL
OUR CASE NUMBER: 04-707 MJD

Dear Mr. Dobbins

An order of the Judicial Panel on Multidistrict Litigation under 28 U.S.C. §1407 was received and filed in this district on January 23, 2004. Enclosed is a certified copy of that order directing the transfer of your civil case to the District of Minnesota for coordinated or consolidated pretrial proceedings. Please reference the case number assigned in this court in all correspondence or communications.

Pursuant to Judge Michael J. Davis' Pretrial Order No. 93 you should forward only **a certified copy of the docket sheet and complaint, together with any amendments** to our court. These should be sent to: Clerk, U. S. District Court, 300 S. Fourth Street, Room 202, Minneapolis, MN 55415. Your court will retain the original file. Communications regarding these actions should be directed to Ms. Rena Lexvold or Ms. Lisa Duda at (612) 664-5000. Should you have any questions please do not hesitate to call.

Very truly yours,

RICHARD D. SLETTEN, CLERK

Lisa Duda, Deputy Clerk

cc: Judge Michael J. Davis
    Michael J. Beck, Clerk of the Judicial Panel on Multidistrict Litigation

N:\Transfer ltr\2-10-04 MA.wpd                                              Form Modified 08/20/03

A CERTIFIED TRUE COPY

FEB 5 2004

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED
CLERK'S OFFICE

2004 FEB 13 P 12: 22

DISTRICT OF MASS.

RECEIVED JAN 20 2004
BY U.S. MAIL

FILED
CLERK'S OFFICE

2004 FEB -9 AM 9:15

CLERK, U.S. DIST COURT
MINNEAPOLIS, MN

DOCKET NO. 1431

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

*IN RE BAYCOL PRODUCTS LIABILITY LITIGATION*

*(SEE ATTACHED SCHEDULE)*

*CONDITIONAL TRANSFER ORDER (CTO-34)*

On December 18, 2001, the Panel transferred 33 civil actions to the United States District Court for the District of Minnesota for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 4,798 additional actions have been transferred to the District of Minnesota. With the consent of that court, all such actions have been assigned to the Honorable Michael J. Davis.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the District of Minnesota and assigned to Judge Davis.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of Minnesota for the reasons stated in the order of December 18, 2001, 180 F.Supp.2d 1378 (J.P.M.L. 2001), and, with the consent of that court, assigned to the Honorable Michael J. Davis.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Minnesota. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

FEB 5 2004

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

5

2-10-04

# SCHEDULE CTO-34 - TAG ALONG CASES
# DOCKET NO. 1431
# IN RE BAYCOL PRODUCTS LIABILITY LITIGATION

DISTRICT  DIV. CIVIL ACTION#

ALABAMA MIDDLE
~~ALM   2   03-949~~          ~~Ethel McGhee v. Bayer AG, et al.~~ Opposed 1/29/04

ALABAMA SOUTHERN
ALS   1   03-623          Georgeanne Dean, et al. v. Bayer Corp., et al.

CONNECTICUT
CT    3   03-1988         Anthony Oliveri v. Bayer Corp.

ILLINOIS NORTHERN
ILN   3   03-50379        Helen Alexander v. Bayer AG, et al.

LOUISIANA WESTERN
LAW   1   03-2017         Billy J. Freeman, et al. v. Bayer AG, et al.
LAW   2   03-1914         Lurline Trahan, et al. v. Bayer Corp., et al.
LAW   3   03-1868         Tinnie Sue Lewis v. Bayer AG, et al.

MASSACHUSETTS
MA    1   03-12364        Coco Raynes v. Bayer Corp.

MISSISSIPPI NORTHERN
MSN   1   03-330          Johnnie W. Harris v. Bayer AG, et al.

MISSISSIPPI SOUTHERN
MSS   1   03-928          Ollie Lorraine Fields, et al. v. Bayer Corp., et al.
MSS   1   03-929          William T. Brown, et al. v. Bayer Corp., et al.

NEW YORK EASTERN
NYE   1   03-5086         Vibrut Bernard v. Bayer AG, et al.

PENNSYLVANIA EASTERN
PAE   2   03-4444         Charles Tabler, etc. v. Bayer Corp., et al.
PAE   2   03-4445         Corrine Wahlberg, etc. v. Bayer Corp., et al.
PAE   2   03-4467         Pamela Hart, etc. v. Bayer Corp., et al.
PAE   2   03-4555         Arthur Rexrode, etc. v. Bayer Corp., et al.
PAE   2   03-4558         Hilda DeGroot, etc. v. Bayer Corp., et al.
PAE   2   03-4559         Frances Giattino, etc. v. Bayer Corp., et al.
PAE   2   03-4581         Alex Boros, etc. v. Bayer Corp., et al.
PAE   2   03-4582         Charlotte Lee Banach, etc. v. Bayer Corp., et al.
PAE   2   03-4583         Geraldine Hardy, etc. v. Bayer Corp., et al.
PAE   2   03-4584         John Udy, etc. v. Bayer Corp., et al.
PAE   2   03-4585         Carla Epley, etc. v. Bayer Corp., et al.
PAE   2   03-4591         Sara Stuart, etc. v. Bayer Corp., et al.
PAE   2   03-4614         Patricia Zaffiri, etc. v. Bayer Corp., et al.

SOUTH CAROLINA
~~SC    8   03-2545~~         ~~James T. Busby, Jr., etc. v. Bayer AG, et al.~~ Opposed 2/3/04

DISTRICT DIV. CIVIL ACTION#

TEXAS EASTERN

| | | | |
|---|---|---|---|
| TXE | 1 | 03-1067 | Louis Garvin Dickinson v. Bayer Corporation, et. al. |
| TXE | 1 | 03-1068 | Bernard Arrey Tanyi v. Bayer Corporation, et. al. |
| TXE | 1 | 03-1069 | Andrew Taylor v. Bayer Corporation, et. al. |
| TXE | 1 | 03-1070 | Troy Crone v. Bayer Corporation, et. al. |
| TXE | 1 | 03-1071 | Nasario G. Tanguma v. Bayer Corporation, et. al. |
| TXE | 1 | 03-1072 | James Taylor v. Bayer Corporation, et. al. |
| TXE | 1 | 03-1073 | Rebekah Demary v. Bayer Corporation, et. al. |
| TXE | 1 | 03-1074 | Zula Dears v. Bayer Corporation, et. al. |
| TXE | 1 | 03-1075 | Joann Tanner v. Bayer Corporation, et. al. |
| TXE | 1 | 03-1076 | Rita Crustner v. Bayer Corporation, et. al. |
| TXE | 1 | 03-1077 | Betty Curry v. Bayer Corporation, et. al. |
| TXE | 1 | 03-1078 | Sandee Tamayo v. Bayer Corporation, et. al. |
| TXE | 1 | 03-1079 | Jewell Dabry v. Bayer Corporation, et. al. |
| TXE | 1 | 03-1080 | Baby Ruth Sneed v. Bayer Corporation, et. al. |
| TXE | 1 | 03-1081 | Elner E. Smitherman v. Bayer Corporation, et. al. |
| TXE | 1 | 03-1082 | Mary Dake v. Bayer Corporation, et. al. |
| TXE | 1 | 03-1083 | Jimmie Derr v. Bayer Corporation, et. al. |
| TXE | 1 | 03-1084 | Allie Dennie v. Bayer Corporation, et. al. |
| TXE | 1 | 03-1085 | Lawrence Eakins v. Bayer Corporation, et. al. |
| TXE | 1 | 03-1086 | Kenneth H. Taylor v. Bayer Corporation, et. al. |
| TXE | 1 | 03-1087 | Tammy R. Taylor v. Bayer Corporation, et. al. |
| TXE | 1 | 03-1088 | Ernestine Terry v. Bayer Corporation, et. al. |
| TXE | 1 | 03-1089 | Esta Faye Thomas v. Bayer Corporation, et. al. |
| TXE | 1 | 03-1090 | William E. Dimick v. Bayer Corporation, et. al. |
| TXE | 1 | 03-1091 | Gustavo Vega v. Bayer Pharmaceutical Division, et. al. |
| TXE | 1 | 03-1092 | Samuel Chip Steele v. Bayer Corporation, et. al. |
| TXE | 1 | 03-1093 | Melvina Stevenson v. Bayer Corporation, et. al. |
| TXE | 1 | 03-1094 | Joyce C. Stewart v. Bayer Corporation, et. al. |
| TXE | 1 | 03-1095 | Louise C. Stewart v. Bayer Corporation, et. al. |
| TXE | 1 | 03-1096 | David Suwal v. Bayer Corporation, et. al. |
| TXE | 1 | 03-1097 | Doris J. Thompson v. Bayer Corporation, et. al. |
| TXE | 1 | 03-1098 | Thomas E. Vaughn v. Bayer Corporation, et. al. |
| TXE | 1 | 03-1099 | Isabel Soliz v. Bayer Corporation, et. al. |
| TXE | 1 | 03-1100 | Carlton Speed v. Bayer Corporation, et. al. |
| TXE | 1 | 03-1101 | Darlene Daulton v. Bayer Corporation, et. al. |
| TXE | 1 | 03-1102 | Trumon Davis v. Bayer Corporation, et. al. |
| TXE | 1 | 03-1103 | Katie Davis v. Bayer Corporation, et. al. |
| TXE | 1 | 03-1104 | Jane Daniel v. Bayer Corporation, et. al. |
| TXE | 1 | 03-1105 | Shirley Damewood v. Bayer Corporation, et. al. |
| TXE | 1 | 03-1106 | Mary Jane Stange v. Bayer Corporation, et. al. |
| TXE | 1 | 03-1107 | Ira Garrett v. Bayer Corporation, et. al. |
| TXE | 1 | 03-1108 | Charles J. Lightfoot v. Bayer Corporation, et. al. |
| TXE | 1 | 03-1109 | Delvin Edmonson v. Bayer Corporation, et. al. |
| TXE | 1 | 03-1110 | Richard Warren Smith v. Bayer Corporation, et. al. |
| TXE | 1 | 03-1111 | Oleta Sue Smith v. Bayer Corporation, et. al. |
| TXE | 1 | 03-1112 | Richard Fraser v. Bayer Corporation, et. al. |
| TXE | 1 | 03-1113 | Lyndel Franks v. Bayer Corporation, et. al. |
| TXE | 1 | 03-1114 | Mary Jane Smith v. Bayer Corporation, et. al. |
| TXE | 1 | 03-1115 | Kenneth R. Smith v. Bayer Corporation, et. al. |
| TXE | 1 | 03-1131 | Mary L. Tidwell v. Bayer Corporation, et. al. |
| TXE | 1 | 03-1132 | Bernice Timmons v. Bayer Corporation, et. al. |
| TXE | 1 | 03-1133 | Eugene Anthony Tiernan v. Bayer Corporation, et. al. |

DISTRICT DIV. CIVIL ACTION#

| | | | |
|---|---|---|---|
| TXE | 1 | 03-1134 | Lizzie Tangylyn v. Bayer Corporation, et. al. |
| TXE | 1 | 03-1135 | Eva P. Tanguma v. Bayer Corporation, et. al. |
| TXE | 1 | 03-1136 | Gladys Hensell v. Bayer Corporation, et. al. |
| TXE | 1 | 03-1137 | Jessie Henderson v. Bayer Corporation, et. al. |
| TXE | 1 | 03-1138 | Marla Harrison v. Bayer Corporation, et. al. |
| TXE | 1 | 03-1139 | Kimmey Haskell v. Bayer Corporation, et. al. |
| TXE | 1 | 03-1140 | Robert Hermis v. Bayer Corporation, et. al. |
| TXE | 1 | 03-1141 | Neal Herrin v. Bayer Corporation, et. al. |
| TXE | 1 | 03-1142 | Bobby Harrison v. Bayer Corporation, et. al. |
| TXE | 1 | 03-1143 | Edward Hill v. Bayer Corporation, et. al. |
| TXE | 1 | 03-1144 | Ivory M. Street v. Bayer Corporation, et. al. |
| TXE | 1 | 03-1145 | Joyce Marie Stucey v. Bayer Corporation, et. al. |
| TXE | 1 | 03-1146 | Minerva Henson v. Bayer Corporation, et. al. |
| TXE | 1 | 03-1147 | George Thompson v. Bayer Corporation, et. al. |
| TXE | 1 | 03-1148 | Juaneva Harris v. Bayer Corporation, et. al. |
| TXE | 1 | 03-1149 | Bette Harris v. Bayer Corporation, et. al. |
| TXE | 1 | 03-1150 | Eva Marie Swann v. Bayer Corporation, et. al. |
| TXE | 1 | 03-1151 | Carmen De La Torre v. Bayer Corporation, et. al. |
| TXE | 1 | 03-1152 | Joy Harris v. Bayer Corporation, et. al. |
| TXE | 1 | 03-1153 | Sharline Harris v. Bayer Corporation, et. al. |
| TXE | 1 | 03-1154 | Wanda Harris v. Bayer Corporation, et. al. |
| TXE | 1 | 03-1155 | Charles Delmer Thompson v. Bayer Corporation, et. al. |
| TXE | 1 | 03-1156 | Mary E. Phillips v. Bayer Corporation, et. al. |
| TXE | 1 | 03-1157 | Debbie Stilley v. Bayer Corporation, et. al. |
| TXE | 1 | 03-1158 | Maimuna Sultana Talpur v. Bayer Corporation, et. al. |
| TXE | 1 | 03-1159 | Foncie M. Sullivan v. Bayer Corporation, et. al. |
| TXE | 1 | 03-1160 | Gustavia Craig v. Bayer Corporation, et. al. |
| TXE | 1 | 03-1161 | Shirley A. Hardy v. Bayer Corporation, et. al. |
| TXE | 1 | 03-1162 | William Duson v. Bayer Corporation, et. al. |
| TXE | 1 | 03-1163 | Margaret Dyer v. Bayer Corporation, et. al. |
| TXE | 1 | 03-1164 | Patricia Hardy v. Bayer Corporation, et. al. |
| TXE | 1 | 03-1165 | Frankie Cummings v. Bayer Corporation, et. al. |
| TXE | 1 | 03-1166 | Sammie Lee Davis v. Bayer Corporation, et. al. |
| TXE | 1 | 03-1260 | Arthur Lee Sims v. Bayer Corporation, et. al. |
| TXE | 1 | 03-1261 | Colon Kelly Short v. Bayer Corporation, et. al. |
| TXE | 1 | 03-1263 | Carl C. Shaw v. Bayer Corporation, et. al. |
| TXE | 1 | 03-1264 | Ronnie Kirkland v. Bayer Corporation, et. al. |
| TXE | 1 | 03-1265 | Sybil C. Ledford v. Bayer Corporation, et. al. |
| TXE | 1 | 03-1268 | Michelle Toomer v. Bayer Corporation, et. al. |
| TXE | 1 | 03-1269 | Robert K. Tompkins v. Bayer Corporation, et. al. |
| TXE | 1 | 03-1270 | Elbert Steptoe v. Bayer Corporation, et. al. |
| TXE | 1 | 03-1271 | Gloria J. Smith v. Bayer Corporation, et. al. |
| TXE | 1 | 03-1273 | Maria G. Villagomez v. Bayer Corporation, et. al. |
| TXE | 1 | 03-1275 | Thelma M. Vine v. Bayer Corporation, et. al. |
| TXE | 1 | 03-1277 | Mary L. Ward v. Bayer Corporation, et. al. |
| TXE | 1 | 03-1279 | Joel R. Washington v. Bayer Corporation, et. al. |
| TXE | 1 | 03-1280 | Wayne Emmett Werner v. Bayer Corporation, et. al. |
| TXE | 1 | 03-1281 | Fred Welch v. Bayer Corporation, et. al. |
| TXE | 1 | 03-1282 | Mollie B. Welch v. Bayer Corporation, et. al. |
| TXE | 1 | 03-1283 | Andreas M. Weber v. Bayer Corporation, et. al. |
| TXE | 1 | 03-1284 | Melvina B. Watts v. Bayer Corporation, et. al. |
| TXE | 1 | 03-1286 | Jack Wesley v. Bayer Corporation, et. al. |
| TXE | 1 | 03-1288 | Cathy E. Whitlock v. Bayer Corporation, et. al. |
| TXE | 1 | 03-1289 | Gloria Whetstone v. Bayer Corporation, et. al. |
| TXE | 1 | 03-1290 | Felicia White v. Bayer Corporation, et. al. |
| TXE | 1 | 03-1291 | Jean E. White v. Bayer Corporation, et. al. |

DISTRICT  DIV.  CIVIL ACTION#

| | | | |
|---|---|---|---|
| TXE | 1 | 03-1292 | Beverly Ann Whyete v. Bayer Corporation, et. al. |
| TXE | 1 | 03-1293 | Ronald B. Wilkerson v. Bayer Corporation, et. al. |
| TXE | 1 | 03-1295 | Jo Marie Winton v. Bayer Corporation, et. al. |
| TXE | 1 | 03-1296 | Peggy L. Wolff v. Bayer Corporation, et. al. |
| TXE | 1 | 03-1297 | Doris J. Young v. Bayer Corporation, et. al. |
| TXE | 1 | 03-1298 | Vernon R. Young v. Bayer Corporation, et. al. |
| TXE | 1 | 03-1301 | Stella L. Vasquez v. Bayer Corporation, et. al. |
| TXE | 1 | 03-1303 | Francine Usanga v. Bayer Corporation, et. al. |
| TXE | 1 | 03-1304 | Mary Ann Urbankski v. Bayer Corporation, et. al. |
| TXE | 1 | 03-1305 | Betty Ulch v. Bayer Corporation, et. al. |
| TXE | 1 | 03-1307 | Roscina B. Wilkerson v. Bayer Corporation, et. al. |
| TXE | 1 | 03-1308 | Cherene Williams v. Bayer Corporation, et. al. |
| TXE | 1 | 03-1309 | Joan N. Williams v. Bayer Corporation, et. al. |
| TXE | 1 | 03-1310 | Lexie Charles Williams v. Bayer Corporation, et. al. |
| TXE | 1 | 03-1311 | Lillie Mae Williams v. Bayer Corporation, et. al. |
| TXE | 1 | 03-1312 | Hugo B. Williams v. Bayer Corporation, et. al. |
| TXE | 1 | 03-1313 | Marcus Eugene Wilson v. Bayer Corporation, et. al. |
| TXE | 1 | 03-1314 | Darrell Wilson v. Bayer Corporation, et. al. |
| TXE | 1 | 03-1316 | Augusta M. Wilson v. Bayer Corporation, et. al. |
| TXE | 1 | 03-1318 | Marvin L. Williams v. Bayer Corporation, et. al. |
| TXE | 2 | 03-194  | Linda J. Nelson, et al. v. Bayer AG, et al. |

TEXAS NORTHERN

| | | | |
|---|---|---|---|
| TXN | 2 | 03-175  | Dorsey Eakin, et al. v. Bayer AG, et al. |
| TXN | 3 | 03-1445 | Michael Multop, et al. v. Bayer AG, et al. |
| TXN | 3 | 03-1446 | Bennie Mote, et al. v. Bayer AG, et al. |
| TXN | 4 | 03-563  | Judi Sander, etc. v. Bayer Corp., et al. |
| TXN | 4 | 03-645  | Mary Brooks, et al. v. Bayer AG, et al. |
| TXN | 7 | 03-118  | Juanita Canon v. Bayer AG, et al. |
| TXN | 7 | 03-119  | Donald Bray, et al. v. Bayer AG, et al. |
| TXN | 7 | 03-120  | Elizabeth Leonhardt, et al. v. Bayer AG, et al. |
| TXN | 7 | 03-121  | Gail Biggerstaff, et al. v. Bayer AG, et al. |

TEXAS SOUTHERN

| | | | |
|---|---|---|---|
| TXS | 4 | 03-2333 | Joann Jones, et al. v. Bayer AG, et al. |
| TXS | 4 | 03-3100 | Leticia Arellano, et al. v. Bayer Corp., et al. |
| TXS | 4 | 03-3101 | James R. Tennyson, et al. v. Bayer Corp., et al. |
| TXS | 4 | 03-3102 | Beverly Bryant, et al. v. Bayer Corp., et al. |
| TXS | 4 | 03-3104 | Dale Knoth, et al. v. Bayer Corp., et al. |

TEXAS WESTERN

| | | | |
|---|---|---|---|
| TXW | 1 | 03-425  | John Benavides, et al. v. Bayer AG, et al. |
| TXW | 3 | 03-249  | Irene Willis, et al. v. Bayer AG, et al. |
| TXW | 4 | 03-62   | Ramona Zubiate, et al. v. Bayer AG, et al. |
| TXW | 5 | 03-547  | Martin Trevino, et al. v. Bayer AG, et al. |
| TXW | 5 | 03-548  | Clemens Whitaker v. BayerAG, et al. |
| TXW | 5 | 03-549  | Frank Sturgis, et al. v. Bayer AG, et al. |
| TXW | 5 | 03-550  | Marshall Pond, et al. v. Bayer AG, et al. |
| TXW | 5 | 03-551  | Concepcion Dalvin, et al. v. Bayer AG, et al. |
| TXW | 6 | 03-199  | Linda Pechal, et al. v. Bayer AG, et al. |
| TXW | 7 | 03-98   | Stanley Sankowsky v. Bayer AG, et al. |